# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**EDWARD A. DANIEL AND MAMIE DANIEL**                          **PLAINTIFFS**

**V.**                          **NO.: 3:21-CV-217-MPM -JMV**

**STANDARD GUARANTY INSURANCE**
**COMPANY and NATIONSTAR MORTGAGE, LLC.**
**AND/OR ITS SUCCESSORS AND/OR ASSIGNS**                 **DEFENDANTS**

## ORDER

Before this court is the parties' joint motion agreed motion to stay litigation pending settlement conference. [38]. For good cause shown and following the discussion of the parties, the court finds that the motion is well taken and should be granted as follows. In order to permit the parties to devote their efforts to a resolution of the case *via* a settlement conference anticipated to occur in late June 2022, the unexpired deadlines for Defendants' expert designation, discovery, and dispositive and *Daubert* motions are stayed until July 1, 2022. The deadlines will be reset at a telephonic conference should the case remain pending as of July 1, 2022.

**SO ORDERED** this, the 31st day of May, 2022.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**