IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EDWARD A. DANIEL, ET AL.**                                                                    **PLAINTIFFS**

**v.**                                      **CIVIL ACTION NO.: 3:21-cv-217-MPM-JMV**

**STANDARD GUARANTY INSURANCE COMPANY, ET AL.**      **DEFENDANTS**

## **ORDER**

Consistent with the minutes from the settlement conference [43], this case is hereby **STAYED** for an additional 45 days from the date of this order.

**SO ORDERED** this, 30th of June, 2022.

                                                 /s/ Jane M. Virden
                                                 **UNITED STATES MAGISTRATE JUDGE**