IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| EDWARD A. DANIEL and<br>MAMIE DANIEL | PLAINTIFFS |
| V. | CAUSE NO. 3:21-cv-217-MPM-JMV |
| STANDARD GUARANTY INSURANCE<br>COMPANY and NATIONSTAR MORTGAGE, LLC.<br>AND/OR ITS SUCCESSORS AND/OR ASSIGNS | DEFENDANTS |

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Edward Daniel and Mamie Daniel (collectively, the "Plaintiffs"), and the Defendants, Standard Guaranty Insurance Company ("SGIC") and Nationstar Mortgage LLC d/b/a/ Mr. Cooper ("Mr. Cooper") (the Plaintiffs, SGIC and Mr. Cooper, collectively, the "Parties"), have reached an agreement and resolution in this matter, and the Court finds that this matter should be finally dismissed and closed on its docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter be and hereby is dismissed in its entirety with prejudice with all parties to bear their own costs.

SO ORDERED AND ADJUDGED this the 26th day of September, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

**AGREED BY:**

By: */s/ Stephen T. Masley*
Stephen T. Masley (MSB No. 101870)
**McGLINCHEY STAFFORD, PLLC**
Email: smasley@mcglinchey.com
*Attorney for Mr. Cooper*

By: */s/ David Baria*
David Baria, MSB# 8646
**COSMICH, SIMMONS & BROWN, PLLC**
Email: david.baria@cs-law.com
*Attorney for the Plaintiffs*


By: *s/Frederick N. Salvo, III*
Frederick N. Salvo, III (MS Bar No.100419)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
Email: fsalvo@bakerdonelson.com
*Attorney for Standard Guaranty Insurance Company*

2

21003135.1